UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-797-MMM (SP) | Date | May 7, 2013 |
|---|---|---|---|
| Title | MIGUEL ANGEL BARRENCHEA v. LINDA T. McGREW, Warden | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s):     Attorneys Present for Defendant(s):

None Appearing     None Appearing

**Proceedings:**   (In Chambers) Order to Show Cause Re Dismissal for Failure to Pay Filing Fee [3]

On February 5, 2013, petitioner filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody under 28 U.S.C. § 2241 ("Petition"). Concurrent with the Petition, petitioner also filed a request to proceed in forma pauperis. On March 22, 2013 the court issued an Order denying petitioner's request to proceed in forma pauperis and ordering him to pay the $5.00 filing fee pursuant to 28 U.S.C. § 1914(a) by April 22, 2013. Docket No. 3.

Over two weeks have passed beyond the deadline of April 22, 2013, and petitioner has not paid the filing fee. Nor has petitioner made any other communication with the court. Petitioner is therefore in violation of the court's order. As such, petitioner is **ORDERED** to show cause by **May 28, 2013** as to why the Petition should not be dismissed without prejudice for failure to prosecute and to comply with the court's order to pay the filing fee. See Fed . R. Civ . P. 41(b). Petitioner may discharge this order to show cause by paying the filing fee by May 28, 2013.