JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL BARRENECHEA,<br><br>    Petitioner,<br><br>        v.<br><br>LINDA T. McGREW, Warden,<br><br>    Respondent. | Case No. CV 13-00797-MMM (SP)<br><br>**JUDGMENT** |

   Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: October 31, 2013

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE