1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12  MIGUEL ANGEL BARRENECHEA,   )   Case No. CV 13-00797-MMM (SP)
                      Petitioner,   )
13                v.   )   **ORDER ACCEPTING FINDINGS AND**
14                     )   **RECOMMENDATION OF UNITED**
     LINDA T. McGREW, Warden,   )   **STATES MAGISTRATE JUDGE**
15                Respondent.   )
16                     )
17  _____   )
18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on
19  file, and the Final Report and Recommendation of the United States Magistrate
20  Judge. Further, the Court has engaged in a de novo review of those portions of the
21  Report to which petitioner has objected. The Court accepts the findings and
22  recommendation of the Magistrate Judge.
23       IT IS THEREFORE ORDERED that respondent's Motion to Dismiss is
24  granted, and Judgment be entered denying the Petition and dismissing this action
25  without prejudice.
26  DATED: October 31, 2013
27                       HONORABLE MARGARET M. MORROW
28                       UNITED STATES DISTRICT JUDGE